UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH RAWLINS, <br><br> Plaintiff, <br><br> v. <br><br> DON MARLOW, et al., <br><br> Defendant. | CASE NO. C19-466-TSZ-BAT <br><br> **ORDER DENYING REQUEST FOR LOCAL RULES** |

Keith Rawlins, proceeding pro se in this 42 U.S.C. §1983 action, has filed a letter which appears to request that the Court provide him with a copy of the local rules. Dkt. 10. The Court is not in a position to provide litigants with free legal material in order to prosecute their case. Accordingly, Mr. Rawlins' request (Dkt. 10) is DENIED.

DATED this 17th day of May, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING REQUEST FOR LOCAL RULES - 1