UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH RAWLINS,

              Plaintiff,

    v.

DON MARLOW, et al.,

              Defendants.

C19-466 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Appeal to Magistrate's Decision to Deny Appointment of Counsel, docket no. 22, is DENIED. Plaintiff has not demonstrated "exceptional circumstances" entitling him to appointed counsel in this civil action, nor has he demonstrated an inability "to articulate his claims in light of the complexity of the legal issues involved". *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004) (internal quotation marks omitted).

(2) The Court RENOTES Defendant Harlan's Motion to Dismiss, docket no. 14, Defendant Marlow's Motion to Dismiss, docket no. 15, and Plaintiff's Motion to Strike, docket no. 25, to August 23, 2019.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Chief Magistrate Judge Tsuchida.

Dated this 9th day of August, 2019.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1