UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH RAWLINS,

            Plaintiff,

  v.

DON MARLOW, et al.,

            Defendants.

CASE NO. 2:19-cv-00466-TSZ-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation ("R&R"), docket no. 50, of the Honorable Brian A. Tsuchida, United States Magistrate Judge, to which no objection was filed, the Court finds and ORDERS:

1. The Court ADOPTS the R&R[1];

2. Defendant Kwant's Motion for Summary Judgment, docket no. 47, is GRANTED.  The claims against him are DISMISSED without prejudice, and the case is closed.

---

[1] The Court interprets the references in the R&R to June 28, 2019 and June 30, 2019 (docket no. 50 at 3) as referring to the notice of infraction and disciplinary sanction filed on June 28, 2018 and Plaintiff's inmate grievances filed between June 28, 2018 and June 30, 2018.  *See* Storie Decl., docket no. 14-2 at 25-26, Ex. E; Supplemental Storie Decl., docket no. 47-1 at 2.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

3. The Clerk is DIRECTED to enter judgment consistent with this Order and to send a copy of the Judgment and this Order to Plaintiff pro se and to Judge Tsuchida.

Dated this 26th day of May, 2020.

                                                                                             Thomas S. Zilly
                                                                                             United States District Judge